TITLE GUARANTEE AND TRUST COMPANY, as Substituted Trustee under the Last Will and Testament of WILLIAM S. DEVERY, Deceased, Plaintiff, v. MORRIS SLACHTER and Others, Defendants. In the Matter of FLORENCE I. CARUKIN, Appellant, against ALBERT MINTZER, Respondent, in a Proceeding Substituting JACOB SILBERMAN, as Attorney for the Plaintiff.— Appeal from order entered June 9, 1939, denying petitioner's motion to confirm referee's report unanimously dismissed, with ten dollars costs and disbursements. Order denying motion of petitioner to resettle said order entered June 9, 1939, unanimously affirmed, with ten dollars costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

(February 23, 1940.)

In the Matter of the Application of MICHAEL J. McINTYRE, Petitioner, for an Order against LEWIS J. VALENTINE, Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CENTRAL HANOVER BANK AND TRUST COMPANY and J. OAKLEY HOBBY, JR., as Trustees of the Trusts Created by Agreement Made by FRANK B. BARRETT under Date of February 11, 1929, Respondents, v. ELIZABETH HOBBY TERHUNE, Individually and as Administratrix c. t. a. of the Estate of ANGIE R. BARRETT, Deceased, Appellant, and J. OAKLEY HOBBY, JR., and Others, Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JOSEPH A. MINCKLER, Respondent, v. JACOB CHAIMOWITZ and THOMAS F. CARROLL, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

AMADEO PASSERI, Doing Business under the Firm Name and Style of NEW YORK GRAND OPERA COMPANY, and ANTHONY FIDUCCIA, Appellants, v. ABRAHAM ELLIS and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

COMMERCIAL CASUALTY INSURANCE COMPANY, Respondent, v. THE GREYHOUND CORPORATION and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE GREYHOUND CORPORATION and Another, Appellants, v. COMMERCIAL CASUALTY INSURANCE COMPANY and Others, Defendants, Impleaded with THE FIRST REINSURANCE COMPANY OF HARTFORD, Respondent.— Order and judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

FAHEY'S PRINTERS CAFE, INC., Appellant, v. JOHN DOE (Name Fictitious, True Name Unknown), as President of Bartenders Union Local No. 3, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.